B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## District of Arizona

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**77 McD L.L.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Barossa At The Park; DBA Indigo At The Park** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-3651701** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4040 E. Camelback Rd., #275**<br>**Phoenix, AZ**<br>ZIP Code **85018** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **77 McD L.L.C.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
Signature of Attorney for Debtor(s)          (Date)

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **77 McD L.L.C.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Kelly Singer**
Signature of Attorney for Debtor(s)

**Kelly Singer 022024**
Printed Name of Attorney for Debtor(s)

**Squire, Sanders & Dempsey (US) LLP**
Firm Name

**One East Washington Street, #2700**
**Phoenix, AZ 85004**

_____
Address

**Email: kelly.singer@ssd.com**
**602-528-4000  Fax: 602-253-8129**
Telephone Number

**February 22, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brian Kearney**
Signature of Authorized Individual

**Brian Kearney**
Printed Name of Authorized Individual

**COO of GDG Enterprises L.L.C., Manager of the Debtor**
Title of Authorized Individual

**February 22, 2011**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re: **77 McD L.L.C.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Maricopa County Tax Assessor**<br>301 W. Jefferson St.<br>Phoenix, AZ 85003 | **Maricopa County Tax Assessor**<br>301 W. Jefferson St.<br>Phoenix, AZ 85003 | **Accrued property taxes** | | 149,471.31 |
| **Gray Services, LLC**<br>4040 E. Camelback Rd., #275<br>Phoenix, AZ 85018 | **Gray Services, LLC**<br>4040 E. Camelback Rd., #275<br>Phoenix, AZ 85018 | **Accrued employee vacation** | | 14,392.88 |
| **City of Phoenix**<br>P.O. Box 29690<br>Phoenix, AZ 85038 | **City of Phoenix**<br>P.O. Box 29690<br>Phoenix, AZ 85038 | **Sales Tax** | | 11,245.88 |
| **Valley Protective Services**<br>P O Box 11568<br>Chandler, AZ 85248 | **Valley Protective Services**<br>P O Box 11568<br>Chandler, AZ 85248 | **Security** | | 4,111.38 |
| **Steptoe & Johnson LLP**<br>201 E. Washington St., 16th Floor<br>Phoenix, AZ 85004 | **Steptoe & Johnson LLP**<br>201 E. Washington St., 16th Floor<br>Phoenix, AZ 85004 | **Legal Services** | | 2,621.72 |
| **Consumer Source, Inc.**<br>P O Box 402039<br>Atlanta, GA 30384 | **Consumer Source, Inc.**<br>P O Box 402039<br>Atlanta, GA 30384 | **Internet Advertising** | | 2,338.20 |
| **For Rent Magazine**<br>75 Remittance Dr. #1705<br>Chicago, IL 60675-1705 | **For Rent Magazine**<br>75 Remittance Dr. #1705<br>Chicago, IL 60675-1705 | **Advertising** | | 2,152.00 |
| **Arizona Partsmaster, Inc.**<br>P.O. Box 85063<br>Phoenix, AZ 85063 | **Arizona Partsmaster, Inc.**<br>P.O. Box 85063<br>Phoenix, AZ 85063 | **Maintenance Supplies** | | 2,138.02 |
| **Law Office of Scott Clark**<br>P.O. Box 23169<br>Phoenix, AZ 85063 | **Law Office of Scott Clark**<br>P.O. Box 23169<br>Phoenix, AZ 85063 | **Legal Services** | | 2,020.00 |
| **LevelOne**<br>P O Box 671476<br>Dallas, TX 75267 | **LevelOne**<br>P O Box 671476<br>Dallas, TX 75267 | **Leads to Lease** | | 2,018.00 |
| **Details Landscape Maint, Inc.**<br>5755 N. 51st Ave #5<br>Glendale, AZ 85301 | **Details Landscape Maint, Inc.**<br>5755 N. 51st Ave #5<br>Glendale, AZ 85301 | **Landscape Maintenance** | | 2,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **77 McD L.L.C.**                                                                    Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Safeguard Security**<br>P O Box 5870<br>Scottsdale, AZ 85261 | **Safeguard Security**<br>P O Box 5870<br>Scottsdale, AZ 85261 | **Security Monitoring** | | 1,375.29 |
| **Arizona Carpet Care**<br>2202 N. 16th St<br>Phoenix, AZ 85006 | **Arizona Carpet Care**<br>2202 N. 16th St<br>Phoenix, AZ 85006 | **Carpet Cleaning** | | 1,013.00 |
| **My New Place.com**<br>P O Box 894632<br>Los Angeles, CA 90189 | **My New Place.com**<br>P O Box 894632<br>Los Angeles, CA 90189 | **Advertising** | | 790.00 |
| **On-Site Manager, Inc.**<br>2465 Latham St., 3rd Floor<br>Mountain View, CA 94040 | **On-Site Manager, Inc.**<br>2465 Latham St., 3rd Floor<br>Mountain View, CA 94040 | **Residential Services** | | 782.65 |
| **Vetta-Zelo**<br>530 N. 3rd St, #330<br>Minneapolis, MN 55401 | **Vetta-Zelo**<br>530 N. 3rd St, #330<br>Minneapolis, MN 55401 | **Marketing** | | 760.75 |
| **Burns Pest Elimination Inc**<br>2620 W. Grovers Ave<br>Phoenix, AZ 85053 | **Burns Pest Elimination Inc**<br>2620 W. Grovers Ave<br>Phoenix, AZ 85053 | **Pest Control** | | 758.00 |
| **Career Strategies, Inc.**<br>3435 Wilshire Blvd #1700<br>Los Angeles, CA 90010 | **Career Strategies, Inc.**<br>3435 Wilshire Blvd #1700<br>Los Angeles, CA 90010 | **Temporary Labor** | | 743.79 |
| **Acquisition Process Serving**<br>7000 N. 16th St #120-517<br>Phoenix, AZ 85020 | **Acquisition Process Serving**<br>7000 N. 16th St #120-517<br>Phoenix, AZ 85020 | **Process Server** | | 717.00 |
| **Sherwin-Williams**<br>2135 E. Jones Ave<br>Phoenix, AZ 85040 | **Sherwin-Williams**<br>2135 E. Jones Ave<br>Phoenix, AZ 85040 | **Paint** | | 593.28 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the COO of GDG Enterprises L.L.C., Manager of the Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 22, 2011**          Signature  **/s/ Brian Kearney**
                                                **Brian Kearney**
                                                **COO of GDG Enterprises L.L.C., Manager of the Debtor**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**District of Arizona**

In re  **77 McD L.L.C.**                                                      Case No.
                                                        Debtor(s)             Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **180,000.00** |
   | Prior to the filing of this statement I have received | $ **180,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ☒ Debtor     ☒ Other (specify):     $30,000.00 of the retainer was received from GDG Enterprises, LLC, the Debtor's managing member.

3. The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February 22, 2011**          **/s/ Kelly Singer**
                                        **Kelly Singer**
                                        **Squire, Sanders & Dempsey (US) LLP**
                                        **One East Washington Street, #2700**
                                        **Phoenix, AZ 85004**
                                        **602-528-4000   Fax: 602-253-8129**
                                        **kelly.singer@ssd.com**

---

## United States Bankruptcy Court
### District of Arizona

In re: **77 McD L.L.C.**, Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arizona Land Investors**<br>14020 SE Johnson Rd.<br>Milwaukie, OR 97267 | Membership Interest | 12.78% | Membership Interest |
| **Bingham Development**<br>3939 NW St. Helens Rd.<br>Portland, OR 97210 | Membership Interest | 5.27% | Membership Interest |
| **Cataract Investments**<br>3212 E. Eva St.<br>Phoenix, AZ 85018 | Membership Interest | 1.10% | Membership Interest |
| **Clow MV LLC**<br>Mike Clow<br>3200 E. Camelback Rd., #255<br>Phoenix, AZ 85018 | Membership Interest | 0.55% | Membership Interest |
| **GDG Enterprises, LLC**<br>4040 E. Camelback Rd. #275<br>Phoenix, AZ 85016 | Membership Interest | 67.31% | Membership Interest |
| **Genfive Ventures III, LLC**<br>Selwyn R. Bingham<br>3939 NW St. Helens Rd.<br>Portland, OR 97210 | Membership Interest | 2.61% | Membership Interest |
| **Geoffrey A. Bingham**<br>c/o Bingham Construction<br>3939 NW St. Helens Rd.<br>Portland, OR 97210 | Membership Interest | 0.23% | Membership Interest |
| **Goodsijn I, LLP**<br>2340 E. Beardsley Rd. #100<br>Phoenix, AZ 85024 | Membership Interest | 1.72% | Membership Interest |
| **Josh & Olga Grimes**<br>216 Elysian St.<br>Pittsburgh, PA 15206 | Membership Interest | 2.20% | Membership Interest |
| **P.R. Fannin Investments, Inc.**<br>Paul R. Fannin<br>6024 N. 54th St.<br>Paradise Valley, AZ 85253 | Membership Interest | 0.55% | Membership Interest |

\_\_**1**\_\_ continuation sheets attached to List of Equity Security Holders

In re     **77 McD L.L.C.**                                                              ,     Case No. _____
                                             Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **Peterson Trust**<br>**5501 E. Wonderview Rd.**<br>**Phoenix, AZ 85018** | **Membership<br>Interest** | **0.55%** | **Membership<br>Interest** |
| **Robert Harrison**<br>**Western pacific Building Materials**<br>**2805 NW 31st**<br>**Portland, OR 97210** | **Membership<br>Interest** | **3.41%** | **Membership<br>Interest** |
| **Shaurette Arizona Investments II, LLC**<br>**8017 E. Paraiso Dr.**<br>**Scottsdale, AZ 85255** | **Membership<br>Interest** | **0.69%** | **Membership<br>Interest** |
| **ST Parady Investments**<br>**Steve T. Parady**<br>**8427 S. Terrace Rd.**<br>**Tempe, AZ 85284** | **Membership<br>Interest** | **1.03%** | **Membership<br>Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the COO of GDG Enterprises L.L.C., Manager of the Debtor of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **February 22, 2011**                              Signature  **/s/ Brian Kearney**
                                                                     **Brian Kearney**
                                                                     **COO of GDG Enterprises L.L.C., Manager of the Debtor**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C §§  152 and 3571.

Sheet  **1**  of  **1**  continuation sheets attached to the List of Equity Security Holders

# United States Bankruptcy Court
**District of Arizona**

In re **77 McD L.L.C.**  
Debtor(s)

Case No.  
Chapter **11**

# DECLARATION

     I, the COO of GDG Enterprises L.L.C., Manager of the Debtor of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **5** sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **February 22, 2011**

**/s/ Brian Kearney**  
**Brian Kearney/COO of GDG Enterprises L.L.C., Manager of the Debtor**  
Signer/Title

Date: **February 22, 2011**

**/s/ Kelly Singer**  
Signature of Attorney  
**Kelly Singer**  
**Squire, Sanders & Dempsey (US) LLP**  
**One East Washington Street, #2700**  
**Phoenix, AZ 85004**  
**602-528-4000  Fax: 602-253-8129**

MML-5

77 McD L.L.C. -

A-1 Golf Car Leasing, Inc.
25950 S. Arizona Ave
Chandler, AZ 85248

Acquisition Process Serving
7000 N. 16th St #120-517
Phoenix, AZ 85020

Aloha Courier
16410 N. 91st St, #103
Scottsdale, AZ 85260

Answer Phoenix
P.O. Box 12009
Scottsdale, AZ 85267

Apartment Interior Supply
P O Box 41570
Mesa, AZ 85274

Arizona Air Scent, Inc
P O Box 26327
Scottsdale, AZ 85255

Arizona Carpet Care
2202 N. 16th St
Phoenix, AZ 85006

Arizona Partsmaster, Inc.
P.O. Box 85063
Phoenix, AZ 85063

Bank of America, N.A.
201 E. Washington
22nd Floor
Phoenix, AZ 85004

Burns Pest Elimination Inc
2620 W. Grovers Ave
Phoenix, AZ 85053

Career Strategies, Inc.
3435 Wilshire Blvd #1700
Los Angeles, CA 90010

77 McD L.L.C. -

City of Phoenix
P.O. Box 29690
Phoenix, AZ 85038

Consumer Source, Inc.
P O Box 402039
Atlanta, GA 30384

Details Landscape Maint, Inc.
5755 N. 51st Ave #5
Glendale, AZ 85301

Epic Landscape Const Inc
1605 W. Parkside Lane #1
Phoenix, AZ 85027

EVOS
3265 N. Delaware St
Chandler, AZ 85225

First Choice Services
2640 S. Industrial Park
Tempe, AZ 85282

For Rent Magazine
75 Remittance Dr. #1705
Chicago, IL 60675-1705

GDG Enterprises, LLC
4040 E. Camelback Rd., #275
Phoenix, AZ 85018

Grace Plumbing Services
3235 N. Arizona Ave, #3
Chandler, AZ 85225

Gray Services, LLC
4040 E. Camelback Rd., #275
Phoenix, AZ 85018

Hilty's International
16414 N. 91st St, B101
Scottsdale, AZ 85260

77 McD L.L.C. -


Konica Minolta Business Solutions
Dept LA22988
Pasadena, CA 91185


Kutak Rock LLP
PO Box 30057
Omaha, NE 68103-1157


Law Office of Scott Clark
P.O. Box 23169
Phoenix, AZ 85063


LevelOne
P O Box 671476
Dallas, TX 75267


Maricopa County Tax Assessor
301 W. Jefferson St.
Phoenix, AZ 85003


My New Place.com
P O Box 894632
Los Angeles, CA 90189


Nu Systems Contract Services
P O Box 11325
Glendale, AZ 85318


On-Site Manager, Inc.
2465 Latham St., 3rd Floor
Mountain View, CA 94040


Otis Spunkmeyer
7090 Collection Dr
Chicago, IL 60693


Phoenix Fence Company
P O Box 21183
Phoenix, AZ 85036


Praxair Distribution, Inc.
P O Box 120812 Dept. 0812
Dallas, TX 75312

77 McD L.L.C. -

Professional Plants, Inc.
2118 S. 16th St
Phoenix, AZ 85034

Rent.com
c/o Viva Group Inc
Dept 1987
Los Angeles, CA 90084-1987

Resident Entertainment Services
9524 W. Camelback Rd, #130
Glendale, AZ 85305

Safeguard Security
P O Box 5870
Scottsdale, AZ 85261

Sherwin-Williams
2135 E. Jones Ave
Phoenix, AZ 85040

Skyline Window Cleaning
2419 N. Black Canyon Hwy, #3
Phoenix, AZ 85009

Stagecoach Locksmiths
3942 E. Campbell Ave.
Phoenix, AZ 85018

Steptoe & Johnson LLP
201 E. Washington St., 16th Floor
Phoenix, AZ 85004

Telco Ltd
P O Box 8074
Scottsdale, AZ 85252

The Home Depot Supply
P.O. Box 509058
San Diego, CA 92150-9058

Valley Protective Services
P O Box 11568
Chandler, AZ 85248

77 McD L.L.C. -

Vetta-Zelo
530 N. 3rd St, #330
Minneapolis, MN 55401

Woody's Welding
14439 N. 32nd Pl
Phoenix, AZ 85032

# United States Bankruptcy Court
## District of Arizona

In re  **77 McD L.L.C.**
Debtor(s)

Case No.
Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **77 McD L.L.C.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Arizona Land Investors**
**14020 SE Johnson Rd.**
**Milwaukie, OR 97267**

**GDG Enterprises, LLC**
**4040 E. Camelback Rd. #275**
**Phoenix, AZ 85016**

☐ None [*Check if applicable*]

| | |
|---|---|
| **February 22, 2011** | **/s/ Kelly Singer** |
| Date | **Kelly Singer** |
| | Signature of Attorney or Litigant |
| | Counsel for  **77 McD L.L.C.** |
| | **Squire, Sanders & Dempsey (US) LLP** |
| | **One East Washington Street, #2700** |
| | **Phoenix, AZ 85004** |
| | **602-528-4000 Fax:602-253-8129** |
| | **kelly.singer@ssd.com** |

# WRITTEN CONSENT OF
# THE MANAGER OF 77MCD L.L.C.

### Effective as of February 21, 2011

The undersigned, being the manager (the "Manager") of 77McD L.L.C., an Arizona limited liability company (the "Company"), does hereby consent to the adoption of the following resolutions:

**WHEREAS**, the Manager of the Company has reviewed the materials presented by the advisors of the Company regarding the liabilities and liquidity situation of the Company, the strategic alternatives available to it and the impact on the Company's business and members; and

**WHEREAS**, the Manager has had the opportunity to consult with the advisors of the Company and to fully consider each of the strategic alternatives available to the Company; and

**WHEREAS**, the Manager has sought the advice of counsel and has determined that it is in the Company's best interest to reorganize under a voluntarily petition (the "Voluntary Petition") under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), on or after February 21, 2011; and

**WHEREAS**, pursuant to Section 7.02 and Section 11.06 of that certain Operating Agreement of the Company, dated as of October 25, 2005, and as amended by that certain First Amendment to Operating Agreement of the Company, dated as of February 12, 2010 (the "Operating Agreement"), the Manager has the authority to file the Voluntary Petition on behalf of the Company.

I.  **Voluntary Petition Under the Provisions of Chapter 11 of the United States Bankruptcy Code.**

**NOW, THEREFORE, IT IS RESOLVED** that in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors and other parties in interest, that the Company file or cause to be filed the Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code; and

**RESOLVED FURTHER** that pursuant to Section 7.02 and Section 11.06 of the Operating Agreement, the Manager (the "Authorized Person") is hereby authorized and empowered to execute and file, or cause to be executed and filed, on behalf of the Company all petitions and schedules, lists and other motions, papers or documents, and to take any and all action that the Authorized Person deems necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business; and

**RESOLVED FURTHER** that the Authorized Person be, and hereby is, authorized and directed to employ the law firm of Squire, Sanders and Dempsey (US) LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Person is hereby authorized and directed

to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of Squire, Sanders and Dempsey (US) LLP, all on such terms and conditions as agreed to by the Authorized Person; and

**RESOLVED FURTHER** that the Authorized Person is hereby authorized and directed to employ any other professionals that in the Authorized Person's judgment shall be necessary or desirable to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Person is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any professionals as necessary; and

## II.  Further Actions and Prior Actions

**RESOLVED FURTHER** that in addition to the specific authorizations heretofore conferred upon the Authorized Person, the Manager of the Company or the Manager's designees shall be, and each of them, acting alone, hereby is, authorized, directed and empowered, in the name of, and on behalf of, the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such person or persons' judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted herein; and

**RESOLVED FURTHER** that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

[SIGNATURE PAGE FOLLOWS]

IN WITNESS WHEREOF, the undersigned has duly executed this Written Consent of the Manager of 77McD L.L.C., as of the date first written above.

**MANAGER:**

**GDG ENTERPRISES L.L.C.**

By: /s/ [signature]
Name:
Title: